UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **ISAAC GEORGE NEWMAN** | * | **DOCKET NO. 06-0146** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **LELAND D. CABLE, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# Ruling

Pending before the Court are cross-motions for summary judgment filed by Plaintiff Issac George Newman [Doc. No. 18] and Defendants Leland D. Cable and the City of Monroe [Doc. No. 21]. On December 7, 2007, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 32], recommending that the Court grant Defendants' motion for summary judgment in part, deny Plaintiff's motion for summary judgment, and dismiss Plaintiff's "remaining state law claims" without prejudice.

Having fully reviewed the record in this matter, including Plaintiff's objections to the Report and Recommendation, the Court agrees with and ADOPTS the analysis and recommendation of the Magistrate Judge, except in one regard.

In the Report and Recommendation, the Magistrate Judge provides some analysis of Plaintiff's state law claims of assault and battery and intentional infliction of emotional distress, finding that there are "genuine issues of material fact" which "preclude summary judgment as to plaintiff's state tort law claims." [Doc. No. 32, pp. 10-11]. However, she later recommends that the Court dismiss Plaintiff's state law claims without prejudice to his right to pursue those claims

in state court. Because the Court agrees that all state law claims should be dismissed without prejudice, the Court DECLINES TO ADOPT any of the Magistrate Judge's analysis on Plaintiff's state law claims.

Accordingly, Plaintiff's Motion for Summary Judgment is DENIED. Defendants' Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Plaintiff's claims arising under the laws and Constitution of the United States, and those claims are DISMISSED WITH PREJUDICE. The motion is DENIED as to Plaintiff's state law claims. The Court declines to exercise jurisdiction over Plaintiff's state law claims, and those claims are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 10th day of January, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE