UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **ISAAC GEORGE NEWMAN** | * | **DOCKET NO. 06-0146** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **LELAND D. CABLE, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, the Court ADOPTS the Report and Recommendation of the Magistrate Judge except as expressly noted in this Court's Ruling. Accordingly,

IT IS ORDERED that the motion for summary judgment filed by Plaintiff Isaac George Newman [Doc. No. 18] is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment filed by Defendants Leland Cable and the City of Monroe [Doc. No. 21] is GRANTED IN PART and DENIED IN PART. The motion for summary judgment is GRANTED as to Plaintiff's claims arising under the laws and Constitution of the United States, and those claims are DISMISSED WITH PREJUDICE. The motion for summary judgment is DENIED as to Plaintiff's claims arising under state law. However, the Court declines to exercise jurisdiction over Plaintiff's state law claims, and those claims are DISMISSED WITHOUT

1

PREJUDICE.

MONROE, LOUISIANA, this 10th day of January, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE